FILED

2015 OCT 28 AM 9:38

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

Anthony Paul Penoso, Esquire
The Law Place of Jacksonville,
Law Office of Anthony Paul Penoso, P.A.
8081 Normandy Blvd., Suite 9
Jacksonville, Florida 32221-6761
(904) 781-1010
(904) 781-8282 (FAX)
Lawplacejax@gmail.com
FBN: 00991480
Attorneys for Defendants James Shaw, an individual,

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

James Shaw,

Plaintiff,

vs.

Vanguard Industries East, Inc., a Virginia corp., and
Vanguard Industries West, Inc. a California corp.
Defendants.

Civil Action No. 3:15-cv-1283-J-25PDB

VERIFIED COMPLAINT FOR PATENT INFRINGEMENT

(JURY TRIAL DEMANDED)

Plaintiff, James Shaw, an individual, for his verified complaint against Vanguard Industries East, Inc., a Virginia corp., and Vanguard Industries West, Inc., a California corp., alleges as follows:

**THE PARTIES**

1. Plaintiff is an individual and a citizen of the United States of America and a resident of the State of Florida, at 5900 Townsend Road, #1315, Jacksonville, Florida 32244.

2. Upon information and belief, Vanguard Industries East, Inc., is a Virginia foreign for profit corporation, whose business address is 1172 Azalea Garden Road, Norfolk, Virginia 23502.

3. Upon information and belief, Vanguard Industries West, Inc., is a California for profit corporation, whose principal business address is 2440 Impala Drive, Carlsbad, CA 92010

**JURISDICTION AND VENUE**

4. This is an action for patent infringement under the patent laws of the United States, 35 U.S.C. 1 *et seq.,* and particularly 35 U.S.C. 271.

5. This court has subject matter jurisdiction under 28 U.S.C. 1331 and 1338(a).

6. Upon information and belief, defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc., transacts and has transacted business throughout the United States, and has committed tortuous acts within the State of Florida, causing injury to James Shaw in the State of Florida, thereby establishing sufficient minimum contacts. This Court has personal jurisdiction of defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc., by reason of its presence within the State of Florida as well as by reason of committing acts of infringement, inducement to infringe and/ or contributory infringement and/ or contributory infringement within the State of Florida and this judicial district, as well as federal military installations throughout the State of Florida and the continental United States, federal military installations outside of the continental United States on the world-wide web/ Internet, into the *stream of commerce.*

7. Vanguard Industries East, Inc., is registered as a Florida Foreign Profit corporation, with the Florida Secretary of State, Division of Corporations.

8. Venue in the United State District Court for the Middle District of Florida (Jacksonville Division) is proper pursuant to 28 U.S.C. 1391(c), 1332, 1400(b) because

defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc. are corporations over which the Court has personal jurisdiction, and because defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc., have established place of business in that judicial district **(Exhibit B)**, and diversity of citizenship.

**COUNT 1: INFRINGEMENT OF U.S. PATENT NO. D676,631**

9. Plaintiff James Shaw incorporates and re-alleges paragraphs 1 through 8.

10. **On 26 FEB 2013**, U.S. Patent No. D676,631 entitled *Military Patrol Cap Form Insert Set* ("the 631 patent") was duly and legally issued to James Shaw. A true and correct copy of the '631 patent is attached as **Exhibit A** to the Complaint.

11. James Shaw is the owner of the entire right, title, and interest in and to the '631 patent with the right to sue for past, present, and future infringement of the '631 patent.

12. Upon information and belief, defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc., have been and is making, using, selling, offering for sale, and/ or importing/ exporting, without license or authority from James Shaw, in this district, on the world-wide web/ internet, in the United States, on U.S. Federal Military Installations and foreign allied military installations globally, and elsewhere in the United States, military patrol cap form insert set components, variations of said military patrol cap form insert set components that embody the invention(s) claimed in the '631 patent, and has been and is infringing the '631 patent under 35 U.S.C. 271.

A true and correct copy of a sales receipt for the purchase of pirated military patrol cap form insert sold at the NEX Jacksonville Main Store Uniform Shop, Building 987, Jacksonville, Florida 32212 of the '631 patent is attached as **Exhibit B** to the Complaint.

A true and correct copy of a sales confirmation receipt for the internet purchase of pirated military patrol cap form insert sold on Defendant's homepage website of the '631 patent is attached as **Exhibit C** to the Complaint.

13. Attached as **Exhibit D**, is a true and correct copy and original of Vanguard Industries East, Inc., and Vanguard Industries West, Inc., *Squared Away Cover* sold and distributed heretofore and concurrently that depicts at least one product that infringes the '631 patent.

14. Upon information and belief, defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc., will continue to directly infringe, contributorily infringe, and/ or induce infringement of the '631 patent unless enjoined by the court.

15. Upon information and belief, James Shaw has been damaged by defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc.' infringement of the '631 patent, and will continue to be damaged by that infringement unless enjoined by this court.

16. Upon information and belief, defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc. has actual knowledge of the contents of the '631 patent, and it prior and continuing infringement of the '631 patent was and is willful and deliberate.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff, James Shaw, prays for the following relief:

A. That defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc., its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with them be found to have infringed the valid U.S. Patent

No. D676,631, and be enjoined, preliminarily and permanently, from making, using, selling, offering for sale or exporting from the United States, in this and other districts, on the world-wide web/ internet, in the United States, on U.S. Federal Military Installations and foreign allied military installations globally, and elsewhere in the United States, or importing into the United States products and components which infringe U.S. Patent No. D676,631;

B. That James Shaw be compensated by defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc. for the damages caused by defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc.'s infringement of U.S. Patent No. D676,631 under 35 U.S.C. 284, in an amount to be determined by an accounting but not less than a reasonable royalty, plus interest;

C. That the award of damages of infringement of U.S. Patent No. D676,631 be trebled as provided for by 35 U.S.C. 284 for willful infringement by defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc.;

D. That James Shaw be awarded its costs and attorneys' fees incurred in prosecuting this exceptional case, as provided for by 35 U.S.C. 285, plus interest;

E. That defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc. be preliminarily enjoined from infringing patent D676,631;

F. That defendants Vanguard Industries East, Inc., and Vanguard Industries West, Inc. be permanently enjoined from infringing patent D676,631;

G. That this Court enter a Confidentiality Order with regards to the infringement of patent D676,631;

H. That this Court award punitive damages in the amount of $100,000,000.00 (One Hundred Million); and

I. That James Shaw be awarded such other relief as the Court deems just and proper.

**JURY DEMAND**

James Shaw demands a jury trial on all issues so triable.

/s/

Anthony Paul Penoso, Esquire
Bar Number: 0991480
Attorney for Defendants
The Law Place of Jacksonville
Law Office of Anthony Paul Penoso, P.A.
8081 Normandy Blvd., Suite 9
Jacksonville, Florida 32221-6761
Telephone: (904) 781-1010
Fax: (904) 781-8282
E-mail: lawplacejax@gmail.com

## VERIFICATION

I, James Shaw, declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Florida.

2. I have reviewed the Verified Complaint.

3. I have personal knowledge of myself, my activities, and my intentions, including the allegations in the foregoing Verified Complaint and if called on to testify I would competently testify as to the matters stated herein, all of which I believe are true.

4. Regarding allegations of which I do not have personal knowledge, I believe them to be true based on specified information, documents, or both.

5. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Verified Complaint concerning myself, my activities, and my intentions are true and correct, as are the factual statements alleged herein.

## JURAT

State of Florida
County of Duval

**I HEREBY CERTIFY** that the undersigned, **James Shaw** appeared before me and states that the aforementioned information is true and correct to the best of his knowledge, and did take the oath. Sworn and subscribed to before me this 26 day of October, 2015, at Jacksonville, Duval County, Florida.

James Shaw

Signature of Notary Public
Notary Public, State of Florida My commission expires:

NOTARY PUBLIC STATE OF FLORIDA
Notary Public State of Florida
Samantha Padgett
My Commission EE 845371
Expires 12/14/2016