**EXHIBIT C**

Home | Mail | Search | News | Sports | Finance | Weather | Games | Answers | Screen | Flickr | Mobile | Try Yahoo Mail on Firefox »

Search | Search Mail | Search Web | Home | anthony

Compose

← Search results | Delete | Move | Spam | More

Order confirmation for order #49037

**Inbox (444)**
Drafts (17)
Sent
Spam (1723)
Trash

**Smart Views**
Important
Unread
Starred
People
Social
Travel
Shopping
Finance

Folders (5)
Recent

**Vanguard** <support@vanguardmil.com>
To anthonypenoso@yahoo.com

Oct 20 at 10:19 PM

**Vanguard**
"Our Nation's Insignia"
Main: 800-433-1334
Civil Air Patrol: 800-221-1264

Thank you for placing your order with Vanguard!

This email is to confirm your recent order on **10/20/2015**.

**Shipping Address:**

Anthony Penoso

8081 Normandy Blvd, Suite 9

Jacksonville , Florida 32221

United States

**Delivery Method:**

USPS Priority Mail

**Billing Address:**

Anthony Penoso

8081 Normandy Blvd, Suite 9

Jacksonville , Florida 32221

United States

**Order Details:**

**Navy Squared Away NWU Cover: Blue**

Quantity: 1 — Total: $3.90

**Cover Block: Squared Away Cover**

Quantity: 1 — Total: $3.90

SAVE UP TO 60% ON YOUR DENTAL CARE! Request Appointment
Great Expressions DENTAL CENTERS

