AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

JAMES SHAW  )
)
)
)
_____  )
*Plaintiff(s)*  )
v.  ) Civil Action No. 3:15cv-1283-J-25PDB
VANGUARD INDUSTRIES EAST, INC., a Virginia  )
Corp., and VANGUARD INDUSTRIES West, INC., a  )
California Corp.  )
_____  )
*Defendant(s)*  )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vanguard Industries West, Inc.,

Served Registered Agent- William M. Gershen, 2440 Impala Drive, Carlsbad, CA 92009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Place of Jacksonville, P.A., Law office of Anthony Paul Penoso, Esquire, 8081 Normandy Blvd., Suite 9, Jacksonville, Florida 32221-6761

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/28/2015          _____
                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action



COPY

## UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JAMES SHAW <br><br> *Plaintiff(s)* <br> v. <br> VANGUARD INDUSTRIES EAST, INC., a Virginia Corp., and VANGUARD INDUSTRIES West, INC., a California Corp. <br><br> *Defendant(s)* | Civil Action No. 3:15-CV-1283-J-25PDB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vanguard Industries East, Inc.,

      Served Registered Agent- Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Place of Jacksonville, P.A., Law office of Anthony Paul Penoso, Esquire, 8081 Normandy Blvd., Suite 9, Jacksonville, Florida 32221-6761

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/28/2015

*Signature of Clerk or Deputy Clerk*